**Gerard Valmore BROWN,
Petitioner–Appellant,**

v.

**Stephen DEWALT, Warden; Federal
Bureau of Prisons, Respondents–
Appellees.**

No. 03–6939.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 10, 2003.

Gerard Valmore Brown, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Gerard Valmore Brown, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by of the district court. *See Brown v. DeWalt,* No. CA–03–371–H–5 (E.D.N.C. June 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*